**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LILLIAN COLON-MCKNIGHT,
an individual,

Case No.: 8:21-cv-02511-KKM-AEP

Plaintiff,

v.

WORLD OMNI FINANCIAL CORP. d/b/a
SOUTHEAST TOYOTA FINANCE,
ELDER FORD OF TAMPA, LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation,
EQUIFAX INFORMATION
SERVICES, LLC,
a foreign limited liability company, and
TRANS UNION, LLC,
a foreign limited liability company,

Defendants.
_______________________________________/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT WORLD OMNI FINANCIAL CORP. d/b/a SOUTHEAST TOYOTA FINANCE**

Plaintiff, Lillian Colon- McKnight (hereinafter, "Plaintiff"), and Defendant, World Omni Financial Corp. d/b/a Southeast Toyota Finance (hereinafter, "World Omni"), hereby file this *Joint Stipulation for Dismissal with Prejudice as to Defendant World Omni* as follows:

There are no longer any issues in this matter between Plaintiff and World Omni to be determined by this Court. Plaintiff and World Omni hereby stipulate that,

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all causes of action that were or could have been asserted against World Omni are dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring the same.

Dated: February 17, 2022

Respectfully submitted,

**Swift, Isringhaus & Dubbeld, P.A.**

*/s/ Jon P. Dubbeld*
**Aaron M. Swift, Esq.**
**FBN 0093088**
**Jordan T. Isringhaus, Esq.**
**FBN 0091487**
**Jon P. Dubbeld, Esq.**
**FBN 105869**
**Sean E. McEleney, Esq.**
**FBN 125561**
8380 Bay Pine Blvd.
St. Petersburg, FL 33709
Phone: (727) 300-1929
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
jdubbeld@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*

**Akerman LLP**

*/s/ Ryan Alan Roman*
**Ryan Alan Roman, Esq.**
**FBN 025509**
201 E. Las Olas, Ste. 1800
Ft. Lauderdale, FL 33019
Phone: (954) 463-2700
Fax: (305) 982-5650
ryan.roman@akerman.com
*Counsel for Defendant,*
*World Omni Financial Corp.*

**Squire Patton Boggs (US) LLP**

*/s/ Jason Daniel Joffe*
**Jason Daniel Joffe, Esq., FBN 0013564**
200 S. Biscayne Blvd., Suite 4700
Miami, FL 33131
P: (305) 577-7000
F: (305) 577-7001
jason.joffee@squirepb.com
*Counsel for Defendant,*
*Equifax Information Services, LLC*

**Kasowitz Benson Torres LLP**

*/s/ Maria H. Ruiz*
**Maria H. Ruiz, Esq., FBN 0182923**
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
Phone: (786) 587-1044
Fax: (305) 675-2601
mruiz@kasowitz.com
*Counsel for Defendant,*
*Experian Information Solutions, Inc.*

**Hill Ward & Henderson, PA**

*/s/ Christopher Shawn Branton*
**Christopher Shawn Branton, Esq.,**
**FBN 825611**
101 E. Kennedy Blvd, Ste. 3700
Tampa, FL 33602
Phone: (813) 221-3900
Fax: (813) 221-2900
Christopher.branton@hwhlaw.com
*Counsel for Defendant,*
*Elder Ford of Tampa, LLC*

**Quilling, Selander, Lownds, Winslett & Moser, P.C.**

*/s/ Alexandria Epps*
**Alexandria Epps, Esq.**
**FBN 1002739**
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
Phone: (214) 560-5463
Fax: (214) 871-2111
aepps@qslwm.com
*Counsel for Defendant,*
*Trans Union, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 17, 2022, I filed a true and correct copy of the above and foregoing *Joint Stipulation for Dismissal with Prejudice as to Defendant World Omni* via CM/ECF and will serve a copy of the same to counsel of record for all parties.

*/s/ Jon P. Dubbeld*

Attorney