**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LILLIAN COLON-MCKNIGHT,

Plaintiff,

v. Case No. 8:21-cv-2511-KKM-AEP

ELDER FORD OF TAMPA, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,

Defendants.

---

**ORDER**

Plaintiff notified the Court that Plaintiff and Experian Information Solutions, LLC, have settled. (Doc. 40.) Accordingly, the Court orders that all Plaintiff's claims against Experian are **dismissed without prejudice**. *See* Local Rule 3.09(b). Within **30 days** of this order, Plaintiff or Experian may submit a stipulated final order or judgment or—upon good cause—move to reopen the action. After that 30-day period, dismissal shall be **with prejudice**.

The Clerk is directed to terminate Experian Information Solutions, LLC, as a Defendant to this action. The case remains open as between Plaintiff, Elder Ford, and Trans Union.

**ORDERED** in Tampa, Florida, on April 18, 2022.

Kathryn Kimball Mizelle
United States District Judge