**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LILLIAN COLON-MCKNIGHT,
an individual,

Case No.: 8:21-cv-02511-KKM-AEP

Plaintiff,
v.

WORLD OMNI FINANCIAL CORP. d/b/a
SOUTHEAST TOYOTA FINANCE,
ELDER FORD OF TAMPA, LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation,
EQUIFAX INFORMATION
SERVICES, LLC,
a foreign limited liability company, and
TRANS UNION, LLC,
a foreign limited liability company,

Defendants.
_______________________________________/

**JOINT STIPULATION FOR DISMISSAL WITH**
**PREJUDICE AS TO DEFENDANT ELDER FORD OF TAMPA, LLC**

Plaintiff, Lillian Colon- McKnight (hereinafter, "Plaintiff"), and Defendant, Elder Ford of Tampa, LLC (hereinafter, "Elder Ford"), hereby file this *Joint Stipulation for Dismissal with Prejudice as to Defendant Elder Ford* as follows:

There are no longer any issues in this matter between Plaintiff and Elder Ford to be determined by this Court. Plaintiff and Elder Ford hereby stipulate that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all causes of action that were or could have been

asserted against Elder Ford are dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring the same.

Dated: April 18, 2022

Respectfully submitted,

**Swift, Isringhaus & Dubbeld, P.A.**

*/s/ Jon P. Dubbeld*

**Aaron M. Swift, Esq.**
**FBN 0093088**
**Jordan T. Isringhaus, Esq.**
**FBN 0091487**
**Jon P. Dubbeld, Esq.**
**FBN 105869**
**Sean E. McEleney, Esq.**
**FBN 125561**
8380 Bay Pine Blvd.
St. Petersburg, FL 33709
Phone: (727) 300-1929
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
jdubbeld@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*

**Hill Ward & Henderson, PA**

*/s/ Christopher Shawn Branton*

**Christopher Shawn Branton, Esq.,**
**FBN 825611**
101 E. Kennedy Blvd, Ste. 3700
Tampa, FL 33602
Phone: (813) 221-3900
Fax: (813) 221-2900
Christopher.branton@hwhlaw.com
*Counsel for Defendant,*
*Elder Ford of Tampa, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 18, 2022, I filed a true and correct copy of the above and foregoing *Joint Stipulation for Dismissal with Prejudice as to Defendant Elder Ford* via CM/ECF and will serve a copy of the same to counsel of record for all parties.

/s/ *Jon P. Dubbeld*
Attorney