UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LILLIAN COLON-MCKNIGHT,

Plaintiff,

v. Case No. 8:21-cv-2511-KKM-AEP

ELDER FORD OF TAMPA, LLC,
and TRANS UNION, LLC,

Defendants.

---

# ORDER

Plaintiff notified the Court that Plaintiff has settled with Trans Union, LLC, and Elder Ford of Tampa, LLC, the only remaining Defendants. (Doc. 43; Doc. 44.) Accordingly, the Court orders that all Plaintiff's claims against Trans Union and Elder Ford are **dismissed without prejudice**. *See* Local Rule 3.09(b). Within **30 days** of this order, Plaintiff, Trans Union, or Elder Ford may submit a stipulated final order or judgment or—upon good cause—move to reopen the action. After that 30-day period, dismissal shall be **with prejudice**.

The Clerk is directed to administratively reopen the case, terminate any pending motions and deadlines, and then close this case.

**ORDERED** in Tampa, Florida, on April 18, 2022.

Kathryn Kimball Mizelle
United States District Judge